**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **LIT International Group, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  LIT Boutique** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-3625276** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **223 Newbury Street**<br>**Boston, MA 02116**<br>Number, Street, City, State & ZIP Code | **130 Lincoln Street**<br>**Ground Floor**<br>**Boston, MA 02111**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Suffolk**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.litboutique.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **LIT International Group, Inc.**
       Name                                                     Case number (*if known*)

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      5621

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

Debtor **LIT International Group, Inc.**        Case number (*if known*) _____

Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **LIT International Group, Inc.** _____   Case number (*if known*) _____
Name

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 11, 2025**
MM / DD / YYYY

**X** **/s/ Ying Lisa Shah** _____   Ying Lisa Shah _____
Signature of authorized representative of debtor    Printed name

Title   **Vice-President** _____

---

**18. Signature of attorney**

**X** **/s/ Richard N. Gottlieb, Esq. BBO** _____   Date **December 11, 2025** _____
Signature of attorney for debtor    MM / DD / YYYY

**Richard N. Gottlieb, Esq. BBO #547970**
Printed name

**Law Offices of Richard N. Gottlieb**
Firm name

**Ten Tremont Street**
**Suite 11, 3rd Floor**
**Boston, MA 02108**
Number, Street, City, State & ZIP Code

Contact phone   **617-742-4491**    Email address   **rnglaw@verizon.net**

**BBO #547970 MA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **LIT International Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 11, 2025**      X **/s/ Ying Lisa Shah**
                                          Signature of individual signing on behalf of debtor

                                          **Ying Lisa Shah**
                                          Printed name

                                          **Vice-President**
                                          Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **LIT International Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                  12/15

### Part 1:   Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ _____ 28,763.02

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ _____ 28,763.02

### Part 2:   Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ _____ 2,000,000.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ _____ 1,912.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____ 588,729.91

4.  Total liabilities ................................................................................................
   Lines 2 + 3a + 3b                                    $    2,590,641.91

**Fill in this information to identify the case:**

Debtor name  **LIT International Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Bank of America, N.A.** | **Checking** | **9184** | **$1,223.42** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.** | **$1,223.42**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

| 7.1.  **Deposit with Shopify (WebBank)** | **$1,539.60** |
| --- | --- |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.** | **$1,539.60**
    Add lines 7 through 8. Copy the total to line 81.

| Debtor | **LIT International Group, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

## Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** Retail Clothing Inventory; Note of the current inventory approximately $1,200 in book value was purchased within the last 20 days with a current retail value of $2400 | 10/25/2025 | $20,000.00 | Comparable sale | $20,000.00 |
| 22. | **Other inventory or supplies** Store Fixtures | 10/25/2025 | $5,000.00 | Recent cost | $5,000.00 |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$25,000.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

| Debtor | **LIT International Group, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computer, Sound System and Security System** | $1,000.00 | Recent cost | $1,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $1,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

Debtor    **LIT International Group, Inc.**                          Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** **email list of customers** | **Unknown** | | **Unknown** |

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                              **$0.00**
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ■ No.  Go to Part 12.
       ☐ Yes Fill in the information below.

Debtor      **LIT International Group, Inc.**                          Case number *(If known)*  _____
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,223.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,539.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $25,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $28,763.02 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $28,763.02 |

**Fill in this information to identify the case:**

Debtor name **LIT International Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1** **U.S. Small Business Administration**
Creditor's Name

**2 North Street**
**Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/20/2021**
**Last 4 digits of account number**
**1253**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Retail Clothing Inventory; Note of the current inventory approximately $1,200 in book value was purchased within the last 20 days with a current retail value of $2400**

**Describe the lien**
**All-Assets Security Interest**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$2,000,000.00**    Column B: **$20,000.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$2,000,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**LIT International Group, Inc.**__

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
**Mass. Dept. of Revenue**
**P.O. Box 7010**
**Boston, MA 02204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,912.00**    Priority amount **$1,912.00**

Date or dates debt was incurred
**3/31/2023 through 3/31/2025**

Basis for the claim:
**Sales Tax Liability**

Last 4 digits of account number **5276**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** | Priority creditor's name and mailing address
**Rhode Island Division of Taxation**
**One Capital Hill**
**Providence, RI 02908-5800**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Total claim **Unknown**    Priority amount **Unknown**

Date or dates debt was incurred
**8/29/2025**

Basis for the claim:
**Sales Tax Liability for period between 1/1/2023 and 8/31/2024**

Last 4 digits of account number **5276**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **LIT International Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95,014.38**

**American Express**
P.O. Box 1270
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Credit Card**

**Last 4 digits of account number  3003**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$158,232.53**

**Bank of America**
P.O. Box 660441
Dallas, TX 75266-0441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Credit Card**

**Last 4 digits of account number  1615**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,267.00**

**Ben Franklin Block Building Management**
75 Congress Street
Portsmouth, NH 03801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Back Rent**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,023.28**

**Capital One Bank, N.A.**
Attn: Bankruptcy
P.O. Box 71087
Charlotte, NC 28272-1087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Credit card**

**Last 4 digits of account number  2821**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,569.57**

**Capital One Bank, N.A.**
Attn: Bankruptcy
P.O. Box 71087
Charlotte, NC 28272-1087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Credit Card**

**Last 4 digits of account number  4179**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Ciao, LLC**
376 North Street
Boston, MA 02113

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Back rent**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148,461.00**

**WebBank (Shopify)**
P.O. Box 757
Portsmouth, NH 03802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Factoring agreement**

**Last 4 digits of account number  4210**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LIT International Group, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,162.15** |
|---|---|---|---|

**Wenberry Associates, LLC**
**11 Court Street**
**Exeter, NH 03833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**Basis for the claim:**  **Back Rent**

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Benjamin S. Klien, Esq.**<br>**Klein Law, PLLC**<br>**747 Main Street**<br>**Suite 306**<br>**Concord, MA 01742** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Daniel R. Hartley, Esq.**<br>**Casassa Law Office**<br>**459 Lafayette Road**<br>**Hampton, NH 03842** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **1,912.00** |
| **5b. Total claims from Part 2** | 5b.  + | $ **588,729.91** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **590,641.91** |

**Fill in this information to identify the case:**

Debtor name   **LIT International Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  **LIT International Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Nehal Shah** | **116 Lincoln Street Apt. 4B Boston, MA 02111** | **U.S. Small Business Administration** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Nehal Shah** | **116 Lincoln Street Apt. 4B Boston, MA 02111** | **American Express** | ☐ D _____ <br> ■ E/F ___3.1___ <br> ☐ G _____ |
| 2.3 | **Nehal Shah** | **116 Lincoln Street Apt. 4B Boston, MA 02111** | **Bank of America** | ☐ D _____ <br> ■ E/F ___3.2___ <br> ☐ G _____ |
| 2.4 | **Nehal Shah** | **116 Lincoln Street Apt. 4B Boston, MA 02111** | **WebBank (Shopify)** | ☐ D _____ <br> ■ E/F ___3.7___ <br> ☐ G _____ |

| Debtor | **LIT International Group, Inc.** | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**          *Column 2:* **Creditor**

| 2.5 | **Nehal Shah** | **116 Lincoln Street**<br>**Apt. 4B**<br>**Boston, MA 02111** | **Ciao, LLC** | ☐ D _____<br>■ E/F   **3.6**<br>☐ G _____ |
| 2.6 | **Nehal Shah** | **116 Lincoln Street**<br>**Apt. 4B**<br>**Boston, MA 02111** | **Ben Franklin Block Building Management** | ☐ D _____<br>■ E/F   **3.3**<br>☐ G _____ |
| 2.7 | **Ying Shah** | **416 Marlborough Street**<br>**Apt. 204**<br>**Boston, MA 02115** | **U.S. Small Business Administration** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Ying Shah** | **416 Marlborough Street**<br>**Apt. 204**<br>**Boston, MA 02115** | **American Express** | ☐ D _____<br>■ E/F   **3.1**<br>☐ G _____ |
| 2.9 | **Ying Shah** | **416 Marlborough Street**<br>**Apt. 204**<br>**Boston, MA 02115** | **Capital One Bank, N.A.** | ☐ D _____<br>■ E/F   **3.4**<br>☐ G _____ |
| 2.10 | **Ying Shah** | **416 Marlborough Street**<br>**Apt. 204**<br>**Boston, MA 02115** | **Capital One Bank, N.A.** | ☐ D _____<br>■ E/F   **3.5**<br>☐ G _____ |
| 2.11 | **Ying Shah** | **416 Marlborough Street**<br>**Apt. 204**<br>**Boston, MA 02115** | **Ben Franklin Block Building Management** | ☐ D _____<br>■ E/F   **3.3**<br>☐ G _____ |

| Debtor | **LIT International Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.12 **ZhiYing Liu and Xianhua Chang** | **139 Bolton Street Springfield, MA 01119** | **U.S. Small Business Administration** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

---

Schedule H: Your Codebtors

Fill in this information to identify the case:

Debtor name **LIT International Group, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$611,577.12** |
    | **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | **$2,201,129.53** |
    | **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$2,709,801.01** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    | --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor  **LIT International Group, Inc.**                     Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Nehal Shah 116 Lincoln Street Apt. 4B Boston, MA 02111 Equity Security Holder** | **Eight (8) payments between 4/21/2022 and 6/12/ 2023 from LIT International Acct. with Bank of America Ending in 9184** | **$739,000.00** | **Transfers were made without the consent of management of the Debtor. A breakdown of the trnasfers by date is attached to this Statement of Financial Affairs. N.B. on 4/13/2023 Nehal Shah returned $3000,000 to the LIT International Account and on 10/10/2023 another $200,000 was returned to the LIT International Account.** |
| 4.2.  **Nehal Shah 116 Lincoln Street Apt. 4B Boston, MA 02111 Equity Security Holder** | **2022 ==> $42,323.96 transferred to Nehal Shah via Venmo**<br><br>**2023==> $13,404.65 transferred to Nehal Shah via Venmo**<br><br>**2024==> $1,155.45 transferred to Nehal Shah via Venmo** | **$55,728.61** | **Unauthorized transfers from LIT Venmo Account to Nehal Shah's Venmo Account. A list of individual transfers is attached to this Statement of Financial Affairs.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

| Debtor | **LIT International Group, Inc.** | Case number *(if known)* | |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Ciao, LLC v. LIT International Group, Inc. and Nehal Shah**<br>**C.A. No. 2584CV01941** | **Breach of Lease Contract** | **Suffolk County Superior Court**<br>**Pemberton Square**<br>**Boston, MA 02108** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Wenberry Associates, LLC v. LIT Boutique International Group, Inc.**<br>**C.A. No. 218-2024-00578** | **Summary Process** | **Rockingham County Superior Court**<br>**Rockingham City Courthouse**<br>**P.O. Box 1258**<br>**Kingston, NH 03848-1258** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **LIT International Group, Inc.**                     Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Law Offices of Richard N. Gottlieb** **Ten Tremont Street** **Suite 11, 3rd Floor** **Boston, MA 02108** | **Attorney Fees** | **10/28/2025** | **$4,500.00** |
| **Email or website address** **rnglaw@verizon.net** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **Nehal Shah** **116 Lincoln Street** **Apt. 4B** **Boston, MA 02111** | **See Response to Question 4 Above to Nehal Shah** | **See Attached Listing** | **$739,000.00** |
| **Relationship to debtor** **Equity Security Holder** | | | |
| 13.2. **Nehal Shah** **116 Lincoln Street** **Apt. 4B** **Boston, MA 02111** | **See response to Question 4 above** | **See response to Question 4 above** | **$55,728.61** |
| **Relationship to debtor** **Equity Security Holder** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

| Debtor | **LIT International Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Debtor    **LIT International Group, Inc.**                    Case number *(if known)* _____

not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Jennifer Dow, BFA, LLC**<br>**338 Commercial Street**<br>**Boston, MA 02109** | **2019 to Present** |

Debtor   **LIT International Group, Inc.**                          Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.2.   **Jeffrey Steinbach**<br>**3402 Symes Cir.**<br>**Arlington, MA 02474-2986** | **2019-2023**<br>**(Bookeeper)** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ying Shah** | **416 Marlborbough Street Apt. 204 Boston, MA 02115** | **President** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **ZhiYing Liu and Xianhua Chang** | **139 Bolton Street Springfield, MA 01119** | **Treasurer** | **10%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Nehal Shah** | **116 Lincoln Street Apt. 4B Boston, MA 02111** | **Chief Financial Officer and Equity Security Holder** | **Resigned as CFO on May 14, 2025** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Debtor    **LIT International Group, Inc.**                                      Case number *(if known)* _____

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 11, 2025**

**/s/ Ying Lisa Shah**                                          **Ying Lisa Shah**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor     **Vice-President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

**Transfers from Bank of America Account without Authorization**

Account 9184:  LIT International Group BOA account

Account 2538:  Nehal Shah Saving account

| DATE | EVENT | Amount |
|---|---|---|
| 4/21/22 | Online transfer  from LIT BOA 9184 to Nehal Shah Checking 2538 | $4,000.00 |
| 1/23/23 | Online Banking transfer from LIT BOA 9184 to Nehal Shah SAV 2249 Confirmation# 15442 | $300,000.00 |
| 3/10/23 | Check to Nehal Shah #5830 noted LOAN | $75,000.00 |
| 5/11/23 | Online transfer  from LIT BOA 9184 to Nehal Shah Checking 2538 | $55,000.00 |
| 5/25/23 | Online transfer  from LIT BOA 9184 to Nehal Shah Checking 2538 | $50,000.00 |
| 5/30/23 | Online transfer  from LIT BOA 9184 to Nehal Shah Checking 2538 | $140,000.00 |
| 6/6/23 | Online transfer  from LIT BOA 9184 to Nehal Shah Checking 2538 | $70,000.00 |
| 6/12/23 | Online transfer  from LIT BOA 9184 to Nehal Shah Checking 2538 | $45,000.00 |
| | **Total transfer without consent** | **$739,000.00** |

Deposit into BOA from Nehal's BOA

04/10/23 Online Banking transfer from SAV 2249 to LIT BOA Confirmation# 1913473322 $300,000.00

10/10/23 Online Banking transfer from CHK 2538 to LIT BOA Confirmation# 7276972059 $200,000.00

BOA business to Nehal personal Vemno

| Date of Venmo Payment to Nehal Shah's Venmo Account from LIT Acc | Amount of Transfer |
|---|---|
| 03/31/22 VENMO DES:PAYMENT ID:1019277628584 INDN:NEHAL SHAH | $500.00 |
| 04/05/22 VENMO DES:PAYMENT ID:1019367140588 INDN:NEHAL SHAH | $750.00 |
| 04/06/22 VENMO DES:PAYMENT ID:1019392355195 INDN:NEHAL SHAH | $3,740.00 |
| 04/11/22 VENMO DES:PAYMENT ID:1019452199473 INDN:NEHAL SHAH | $119.00 |
| 04/15/22 VENMO DES:PAYMENT ID:1019553459377 INDN:NEHAL SHAH | $220.00 |
| 04/19/22 VENMO DES:PAYMENT ID:1019618515640 INDN:NEHAL SHAH | $180.00 |
| 04/19/22 VENMO DES:PAYMENT ID:1019618530571 INDN:NEHAL SHAH | $125.00 |
| 04/29/22 VENMO DES:PAYMENT ID:1019803896251 INDN:NEHAL SHAH | $200.00 |
| 05/02/22 VENMO DES:PAYMENT ID:1019864492325 INDN:NEHAL SHAH | $220.00 |
| 05/05/22 VENMO DES:PAYMENT ID:1019917096154 INDN:NEHAL SHAH | $500.00 |
| 05/06/22 VENMO DES:PAYMENT ID:1019942696735 INDN:NEHAL SHAH | $200.00 |
| 05/06/22 VENMO DES:PAYMENT ID:1019942565481 INDN:NEHAL SHAH | $200.00 |
| 05/09/22 VENMO DES:PAYMENT ID:1019958020689 INDN:NEHAL SHAH | $1,500.00 |
| 05/16/22 VENMO DES:PAYMENT ID:1020084418623 INDN:NEHAL SHAH | $440.15 |
| 05/16/22 VENMO DES:PAYMENT ID:1020084752976 INDN:NEHAL SHAH | $125.00 |
| 05/16/22 VENMO DES:PAYMENT ID:1020104633678 INDN:NEHAL SHAH | $20.00 |
| 05/19/22 VENMO DES:PAYMENT ID:1020174017102 INDN:NEHAL SHAH | $3,285.72 |
| 05/19/22 VENMO DES:PAYMENT ID:1020174103520 INDN:NEHAL SHAH | $200.00 |
| 05/19/22 VENMO DES:PAYMENT ID:1020174049759 INDN:NEHAL SHAH | $142.82 |
| 05/23/22 VENMO DES:PAYMENT ID:1020206060537 INDN:NEHAL SHAH | $375.00 |
| 05/23/22 VENMO DES:PAYMENT ID:1020214509317 INDN:NEHAL SHAH | $125.00 |
| 05/27/22 VENMO DES:PAYMENT ID:1020320095467 INDN:NEHAL SHAH | $400.00 |
| 06/16/22 VENMO DES:PAYMENT ID:1020700377195 INDN:NEHAL SHAH | $650.00 |
| 06/16/22 VENMO DES:PAYMENT ID:1020697072044 INDN:NEHAL SHAH | $650.00 |
| 06/17/22 VENMO DES:PAYMENT ID:1020707742098 INDN:NEHAL SHAH | $85.00 |
| 06/17/22 VENMO DES:PAYMENT ID:1020718806997 INDN:NEHAL SHAH | $200.00 |
| 06/21/22 VENMO DES:PAYMENT ID:1020734881359 INDN:NEHAL SHAH | $1,030.00 |
| 06/21/22 VENMO DES:PAYMENT ID:1020779584220 INDN:NEHAL SHAH | $1,000.00 |
| 06/21/22 VENMO DES:PAYMENT ID:1020765490000 INDN:NEHAL SHAH | $800.00 |
| 06/22/22 VENMO DES:PAYMENT ID:1020799775090 INDN:NEHAL SHAH | $200.00 |
| 06/23/22 VENMO DES:PAYMENT ID:1020818128916 INDN:NEHAL SHAH | $1,120.00 |
| 06/24/22 VENMO DES:PAYMENT ID:1020836308966 INDN:NEHAL SHAH | $120.00 |
| 06/27/22 VENMO DES:PAYMENT ID:1020891725721 INDN:NEHAL SHAH | $1,575.00 |
| 06/29/22 VENMO DES:PAYMENT ID:1020944444770 INDN:NEHAL SHAH | $1,650.00 |
| 06/29/22 VENMO DES:PAYMENT ID:1020919413501 INDN:NEHAL SHAH | $90.20 |
| 06/29/22 VENMO DES:PAYMENT ID:1020919845636 INDN:NEHAL SHAH | $78.72 |
| 07/07/22 VENMO DES:PAYMENT ID:1021087906820 INDN:NEHAL SHAH | $4,375.00 |
| 07/07/22 VENMO DES:PAYMENT ID:1021086665377 INDN:NEHAL SHAH | $1,200.00 |
| 07/07/22 VENMO DES:PAYMENT ID:1021078724562 INDN:NEHAL SHAH | $625.00 |
| 07/07/22 VENMO DES:PAYMENT ID:1021078990460 INDN:NEHAL SHAH | $100.00 |
| 07/08/22 VENMO DES:PAYMENT ID:1021102193440 INDN:NEHAL SHAH | $100.00 |
| 07/11/22 VENMO DES:PAYMENT ID:1021116874829 INDN:NEHAL SHAH | $500.00 |
| 07/11/22 VENMO DES:PAYMENT ID:1021154289424 INDN:NEHAL SHAH | $200.00 |
| 07/14/22 VENMO DES:PAYMENT ID:1021204444269 INDN:NEHAL SHAH | $250.00 |
| 07/15/22 VENMO DES:PAYMENT ID:1021214168304 INDN:NEHAL SHAH | $3,325.00 |
| 07/18/22 VENMO DES:PAYMENT ID:1021242025797 INDN:NEHAL SHAH | $125.00 |
| 07/21/22 VENMO DES:PAYMENT ID:1021328521805 INDN:NEHAL SHAH | $60.00 |

| | |
|---|---|
| 07/25/22 VENMO DES:PAYMENT ID:1021363102942 INDN:NEHAL SHAH | $125.00 |
| 07/28/22 VENMO DES:PAYMENT ID:1021449670225 INDN:NEHAL SHAH | $500.00 |
| 09/01/22 VENMO DES:PAYMENT ID:1022084493147 INDN:NEHAL SHAH | $200.00 |
| 09/01/22 VENMO DES:PAYMENT ID:1022084485464 INDN:NEHAL SHAH | $200.00 |
| 09/01/22 VENMO DES:PAYMENT ID:1022084499938 INDN:NEHAL SHAH | $200.00 |
| 09/02/22 VENMO DES:PAYMENT ID:1022097241090 INDN:NEHAL SHAH | $1,050.00 |
| 09/06/22 VENMO DES:PAYMENT ID:1022128271450 INDN:NEHAL SHAH | $200.00 |
| 09/06/22 VENMO DES:PAYMENT ID:1022128113393 INDN:NEHAL SHAH | $125.00 |
| 09/12/22 VENMO DES:PAYMENT ID:1022294417654 INDN:NEHAL SHAH | $600.00 |
| 09/13/22 VENMO DES:PAYMENT ID:1022305314619 INDN:NEHAL SHAH | $600.00 |
| 10/03/22 VENMO DES:PAYMENT ID:1022634628895 INDN:NEHAL SHAH | $500.00 |
| 10/03/22 VENMO DES:PAYMENT ID:1022634815235 INDN:NEHAL SHAH | $50.00 |
| 10/11/22 VENMO DES:PAYMENT ID:1022773971388 INDN:NEHAL SHAH | $125.00 |
| 10/11/22 VENMO DES:PAYMENT ID:1022797331634 INDN:NEHAL SHAH | $9.00 |
| 10/13/22 VENMO DES:PAYMENT ID:1022870160982 INDN:NEHAL SHAH | $200.00 |
| 10/17/22 VENMO DES:PAYMENT ID:1022903605029 INDN:NEHAL SHAH | $125.00 |
| 10/21/22 VENMO DES:PAYMENT ID:1023016866711 INDN:NEHAL SHAH | $260.00 |
| 10/25/22 VENMO DES:PAYMENT ID:1023086669945 INDN:NEHAL SHAH | $1,025.00 |
| 10/27/22 VENMO DES:PAYMENT ID:1023126386027 INDN:NEHAL SHAH | $100.00 |
| 10/31/22 VENMO DES:PAYMENT ID:1023159953898 INDN:NEHAL SHAH | $125.00 |
| 11/01/22 VENMO DES:PAYMENT ID:1023213124962 INDN:NEHAL SHAH | $379.35 |
| 11/07/22 VENMO DES:PAYMENT ID:1023300518028 INDN:NEHAL SHAH | $125.00 |
| 11/09/22 VENMO DES:PAYMENT ID:1023380533159 INDN:NEHAL SHAH | $100.00 |
| 11/15/22 VENMO DES:PAYMENT ID:1023495376268 INDN:NEHAL SHAH | $65.00 |
| 11/16/22 VENMO DES:PAYMENT ID:1023511786816 INDN:NEHAL SHAH | $200.00 |
| 11/17/22 VENMO DES:PAYMENT ID:1023531236541 INDN:NEHAL SHAH | $170.00 |
| 11/18/22 VENMO DES:PAYMENT ID:1023547139049 INDN:NEHAL SHAH | $120.00 |
| 11/21/22 VENMO DES:PAYMENT ID:1023578597061 INDN:NEHAL SHAH | $125.00 |
| 11/22/22 VENMO DES:PAYMENT ID:1023633589486 INDN:NEHAL SHAH | $309.00 |
| 11/22/22 VENMO DES:PAYMENT ID:1023627213036 INDN:NEHAL SHAH | $105.00 |
| 11/29/22 VENMO DES:PAYMENT ID:1023772785806 INDN:NEHAL SHAH | $100.00 |
| 12/14/22 VENMO DES:PAYMENT ID:1024097957843 INDN:NEHAL SHAH | $90.00 |
| 12/09/22 VENMO DES:PAYMENT ID:1023990868141 INDN:NEHAL SHAH | $120.00 |
| 12/20/22 VENMO DES:PAYMENT ID:1024215680227 INDN:NEHAL SHAH | $90.00 |
| 12/21/22 VENMO DES:PAYMENT ID:1024236383146 INDN:NEHAL SHAH | $100.00 |
| 12/28/22 VENMO DES:PAYMENT ID:1024355444992 INDN:NEHAL SHAH | $80.00 |
| 12/28/22 VENMO DES:PAYMENT ID:1024351119702 INDN:NEHAL SHAH | $50.00 |
| Total for 2022 | $42,323.96 |
| 01/03/23 VENMO DES:PAYMENT ID:1024433493583 INDN:NEHAL SHAH | $120.00 |
| 01/06/23 VENMO DES:PAYMENT ID:1024528013725 INDN:NEHAL SHAH | $90.00 |
| 01/10/23 VENMO DES:PAYMENT ID:1024601369292 INDN:NEHAL SHAH | $125.00 |
| 01/13/23 VENMO DES:PAYMENT ID:1024662007477 INDN:NEHAL SHAH | $100.00 |
| 01/25/23 VENMO DES:PAYMENT ID:1024875557616 INDN:NEHAL SHAH | $40.00 |
| 01/26/23 VENMO DES:PAYMENT ID:1024897832091 INDN:NEHAL SHAH | $120.00 |
| 01/27/23 VENMO DES:PAYMENT ID:1024915973156 INDN:NEHAL SHAH | $40.00 |
| 02/01/23 VENMO DES:PAYMENT ID:1025005635715 INDN:NEHAL SHAH | $250.00 |
| 02/03/23 VENMO DES:PAYMENT ID:1025053181186 INDN:NEHAL SHAH | $170.00 |
| 02/06/23 VENMO DES:PAYMENT ID:1025117646203 INDN:NEHAL SHAH | $106.00 |
| 02/08/23 VENMO DES:PAYMENT ID:1025152388346 INDN:NEHAL SHAH | $80.00 |
| 02/10/23 VENMO DES:PAYMENT ID:1025185552810 INDN:NEHAL SHAH | $110.00 |
| 02/13/23 VENMO DES:PAYMENT ID:1025206748755 INDN:NEHAL SHAH | $750.00 |
| 02/15/23 VENMO DES:PAYMENT ID:1025281812040 INDN:NEHAL SHAH | $45.65 |

| | |
|---|---|
| 02/15/23 VENMO DES:PAYMENT ID:1025279298753 INDN:NEHAL SHAH | $40.00 |
| 02/16/23 VENMO DES:PAYMENT ID:1025302874912 INDN:NEHAL SHAH | $70.00 |
| 02/17/23 VENMO DES:PAYMENT ID:1025321341662 INDN:NEHAL SHAH | $50.00 |
| 02/21/23 VENMO DES:PAYMENT ID:1025391044361 INDN:NEHAL SHAH | $200.00 |
| 02/21/23 VENMO DES:PAYMENT ID:1025339376877 INDN:NEHAL SHAH | $125.00 |
| 02/24/23 VENMO DES:PAYMENT ID:1025447538897 INDN:NEHAL SHAH | $50.00 |
| 03/01/23 VENMO DES:PAYMENT ID:1025545646468 INDN:NEHAL SHAH | $80.00 |
| 03/02/23 VENMO DES:PAYMENT ID:1025571756042 INDN:NEHAL SHAH | $70.00 |
| 03/02/23 VENMO DES:PAYMENT ID:1025565175271 INDN:NEHAL SHAH | $40.00 |
| 03/03/23 VENMO DES:PAYMENT ID:1025589920632 INDN:NEHAL SHAH | $70.00 |
| 03/08/23 VENMO DES:PAYMENT ID:1025689322970 INDN:NEHAL SHAH | $135.00 |
| 03/10/23 VENMO DES:PAYMENT ID:1025725157122 INDN:NEHAL SHAH | $110.00 |
| 03/20/23 VENMO DES:PAYMENT ID:1025879310648 INDN:NEHAL SHAH | $225.00 |
| 03/20/23 VENMO DES:PAYMENT ID:1025881463150 INDN:NEHAL SHAH | $125.00 |
| 03/24/23 VENMO DES:PAYMENT ID:1025992090760 INDN:NEHAL SHAH | $220.00 |
| 03/27/23 VENMO DES:PAYMENT ID:1026014035704 INDN:NEHAL SHAH | $125.00 |
| 03/29/23 VENMO DES:PAYMENT ID:1026082323796 INDN:NEHAL SHAH | $80.00 |
| 03/31/23 VENMO DES:PAYMENT ID:1026122992268 INDN:NEHAL SHAH | $70.00 |
| 03/31/23 VENMO DES:PAYMENT ID:1026122643416 INDN:NEHAL SHAH | $25.00 |
| 04/03/23 VENMO DES:PAYMENT ID:1026146751813 INDN:NEHAL SHAH | $125.00 |
| 04/03/23 VENMO DES:PAYMENT ID:1026166676773 INDN:NEHAL SHAH | $40.00 |
| 04/05/23 VENMO DES:PAYMENT ID:1026223184128 INDN:NEHAL SHAH | $200.00 |
| 04/06/23 VENMO DES:PAYMENT ID:1026254798197 INDN:NEHAL SHAH | $15.00 |
| 04/07/23 VENMO DES:PAYMENT ID:1026272094351 INDN:NEHAL SHAH | $70.00 |
| 04/10/23 VENMO DES:PAYMENT ID:1026309895306 INDN:NEHAL SHAH | $700.00 |
| 04/10/23 VENMO DES:PAYMENT ID:1026309880683 INDN:NEHAL SHAH | $500.00 |
| 04/10/23 VENMO DES:PAYMENT ID:1026309965006 INDN:NEHAL SHAH | $125.00 |
| 04/11/23 VENMO DES:PAYMENT ID:1026344621581 INDN:NEHAL SHAH | $50.00 |
| 04/12/23 VENMO DES:PAYMENT ID:1026364686862 INDN:NEHAL SHAH | $110.00 |
| 04/14/23 VENMO DES:PAYMENT ID:1026403233143 INDN:NEHAL SHAH | $110.00 |
| 04/19/23 VENMO DES:PAYMENT ID:1026498349274 INDN:NEHAL SHAH | $90.00 |
| 04/19/23 VENMO DES:PAYMENT ID:1026498219973 INDN:NEHAL SHAH | $80.00 |
| 04/24/23 VENMO DES:PAYMENT ID:1026552521449 INDN:NEHAL SHAH | $125.00 |
| 04/24/23 VENMO DES:PAYMENT ID:1026559860781 INDN:NEHAL SHAH | $78.00 |
| 04/25/23 VENMO DES:PAYMENT ID:1026607756818 INDN:NEHAL SHAH | $350.00 |
| 05/03/23 VENMO DES:PAYMENT ID:1026776600941 INDN:NEHAL SHAH | $200.00 |
| 05/10/23 VENMO DES:PAYMENT ID:1026920467435 INDN:NEHAL SHAH | $140.00 |
| 05/12/23 VENMO DES:PAYMENT ID:1026956356290 INDN:NEHAL SHAH | $110.00 |
| 05/15/23 VENMO DES:PAYMENT ID:1027017052026 INDN:NEHAL SHAH | $125.00 |
| 05/18/23 VENMO DES:PAYMENT ID:1027076021557 INDN:NEHAL SHAH | $100.00 |
| 05/26/23 VENMO DES:PAYMENT ID:1027225438342 INDN:NEHAL SHAH | $40.00 |
| 05/30/23 VENMO DES:PAYMENT ID:1027275711305 INDN:NEHAL SHAH | $125.00 |
| 05/31/23 VENMO DES:PAYMENT ID:1027313606450 INDN:NEHAL SHAH | $100.00 |
| 06/12/23 VENMO DES:PAYMENT ID:1027528420304 INDN:NEHAL SHAH | $50.00 |
| 06/20/23 VENMO DES:PAYMENT ID:1027704231092 INDN:NEHAL SHAH | $375.00 |
| 07/19/23 VENMO DES:PAYMENT ID:1028268549494 INDN:NEHAL SHAH | $40.00 |
| 07/24/23 VENMO DES:PAYMENT ID:1028360494392 INDN:NEHAL SHAH | $130.00 |
| 08/04/23 VENMO DES:PAYMENT ID:1028584761155 INDN:NEHAL SHAH | $135.00 |
| 09/21/23 VENMO DES:PAYMENT ID:1029513550087 INDN:NEHAL SHAH | $75.00 |
| 09/29/23 VENMO DES:PAYMENT ID:1029674889969 INDN:NEHAL SHAH | $230.00 |
| 10/10/23 VENMO DES:PAYMENT ID:1029835472869 INDN:NEHAL SHAH | $300.00 |
| 10/11/23 VENMO DES:PAYMENT ID:1029916080991 INDN:NEHAL SHAH | $125.00 |

| Date | Description | Amount | |
|---|---|---|---|
| 10/16/23 | VENMO DES:PAYMENT ID:1029982489335 INDN:NEHAL SHAH | $250.00 | |
| 10/16/23 | VENMO DES:PAYMENT ID:1029996242757 INDN:NEHAL SHAH | $125.00 | |
| 10/20/23 | VENMO DES:PAYMENT ID:1030101653664 INDN:NEHAL SHAH | $140.00 | |
| 10/31/23 | VENMO DES:PAYMENT ID:1030307471452 INDN:NEHAL SHAH | $160.00 | |
| 11/10/23 | VENMO DES:PAYMENT ID:1030518440666 INDN:NEHAL SHAH | $1,938.00 | |
| 11/15/23 | VENMO DES:PAYMENT ID:1030624129844 INDN:NEHAL SHAH | 34 | |
| 11/17/23 | VENMO DES:PAYMENT ID:1030671037725 INDN:NEHAL SHAH | $723.00 | |
| 11/17/23 | VENMO DES:PAYMENT ID:1030670813594 INDN:NEHAL SHAH | $200.00 | |
| 11/17/23 | VENMO DES:PAYMENT ID:1030670997597 INDN:NEHAL SHAH | 160 | |
| 12/08/23 | VENMO DES:PAYMENT ID:1031121566345 INDN:NEHAL SHAH | $250.00 | |
| 12/21/23 | VENMO DES:PAYMENT ID:1031423633831 INDN:NEHAL SHAH | $200.00 | |
| | Total for 2023 | | $13,404.65 |
| 01/11/24 | VENMO DES:PAYMENT ID:1031841210579 INDN:NEHAL SHAH | $300.00 | |
| 01/17/24 | VENMO DES:PAYMENT ID:1031955222647 INDN:NEHAL SHAH | $125.00 | |
| 01/18/24 | VENMO DES:PAYMENT ID:1031978559296 INDN:NEHAL SHAH | $125.00 | |
| 02/05/24 | VENMO DES:PAYMENT ID:1032313098023 INDN:NEHAL SHAH | $125.00 | |
| 02/08/24 | VENMO DES:PAYMENT ID:1032390933054 INDN:NEHAL SHAH | $178.00 | |
| 02/12/24 | VENMO DES:PAYMENT ID:1032440999750 INDN:NEHAL SHAH | $125.00 | |
| 02/12/24 | VENMO DES:PAYMENT ID:1032482028329 INDN:NEHAL SHAH | $32.00 | |
| 02/20/24 | VENMO DES:PAYMENT ID:1032598799994 INDN:NEHAL SHAH | $125.00 | |
| 02/20/24 | VENMO DES:PAYMENT ID:1032632874881 INDN:NEHAL SHAH | $20.45 | |
| | Total for 2024 | | $1,155.45 |

# United States Bankruptcy Court
## District of Massachusetts

In re    __LIT International Group, Inc.__ _____    Case No. _____
                                        Debtor(s)    Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Vice-President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __December 11, 2025__ _____    __/s/ Ying Lisa Shah__ _____
                                                __Ying Lisa Shah__/__Vice-President__
                                                Signer/Title

American Express
P.O. Box 1270
Newark, NJ 07101

Bank of America
P.O. Box 660441
Dallas, TX 75266-0441

Ben Franklin Block Building Management
75 Congress Street
Portsmouth, NH 03801

Benjamin S. Klien, Esq.
Klein Law, PLLC
747 Main Street
Suite 306
Concord, MA 01742

Capital One Bank, N.A.
Attn: Bankruptcy
P.O. Box 71087
Charlotte, NC 28272-1087

Ciao, LLC
376 North Street
Boston, MA 02113

Daniel R. Hartley, Esq.
Casassa Law Office
459 Lafayette Road
Hampton, NH 03842

Mass. Dept. of Revenue
P.O. Box 7010
Boston, MA 02204

Nehal Shah
116 Lincoln Street
Apt. 4B
Boston, MA 02111

Rhode Island Division of Taxation
One Capital Hill
Providence, RI 02908-5800

U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

WebBank (Shopify)
P.O. Box 757
Portsmouth, NH 03802

Wenberry Associates, LLC
11 Court Street
Exeter, NH 03833

Ying Shah
416 Marlborbough Street
Apt. 204
Boston, MA 02115

ZhiYing Liu and Xianhua Chang
139 Bolton Street
Springfield, MA 01119

# United States Bankruptcy Court
## District of Massachusetts

In re   **LIT International Group, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **LIT International Group, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Nehal Shah**
**116 Lincoln Street**
**Apt. 4B**
**Boston, MA 02111**

**Ying Shah**
**416 Marlborbough Street**
**Apt. 204**
**Boston, MA 02115**

**ZhiYing Liu and Xianhua Chang**
**139 Bolton Street**
**Springfield, MA 01119**

☐ None [*Check if applicable*]

**December 11, 2025**

Date

**/s/ Richard N. Gottlieb, Esq. BBO**
**Richard N. Gottlieb, Esq. BBO #547970**

Signature of Attorney or Litigant

Counsel for   **LIT International Group, Inc.**

**Law Offices of Richard N. Gottlieb**
**Ten Tremont Street**
**Suite 11, 3rd Floor**
**Boston, MA 02108**
**617-742-4491 Fax:617-742-5188**
**rnglaw@verizon.net**